

Present — Del Vecchio, J. P., Gabrielli, Moule and Henry, JJ.

In the Matter of ROBERT BOJAN, Petitioner, v. DEPARTMENT OF SOCIAL SERVICES OF THE COUNTY OF ERIE, Respondent.—

Present — Del Vecchio, J. P., Gabrielli, Moule and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED C. PELLICONE, Appellant, v. VINCENT R. MANCUSI, Warden, Respondent.—

578

LISA MARQUART, Respondent, v. COUNTY OF ERIE, Appellant. (Appeal No. 1.)

LISA MARQUART, Respondent, v. COUNTY OF ERIE, Appellant. (Appeal No. 2.)

HENRY BLOOM, Respondent, v. SARAH BLOOM, Individually and as Administratrix of the Estate of BENJAMIN BLOOM, Deceased, et al., Appellants. (2 Actions.) ARNOLD CONSTRUCTION CO. INC., Plaintiff, v. HENRY BLOOM et al., Respondents.—